UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                  Case No. 16−33615
                                                       Chapter 7
Veronica Burke,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4D, Montgomery, AL 36104

on February 28, 2017 at 10:05 AM

to consider and act upon the following:

*10* − Reaffirmation Agreement and Cover Sheet Between Debtor and AmeriCredit Financial Services, Inc. dba GM Financial filed by Americredit Financial Services Inc.. (Youngblood, Mandy)

NOTE: For the reaffirmation agreement to be enforceable, the debtor(s) and debtor's attorney, if applicable, must attend the hearing.

Dated February 2, 2017

Juan−Carlos Guerrero
Clerk of Court

```
                           United States Bankruptcy Court
                              Middle District of Alabama
In re:                                                        Case No. 16-33615-WRS
Veronica Burke                                                Chapter 7
         Debtor                  CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: jcaro              Page 1 of 1              Date Rcvd: Feb 02, 2017
                              Form ID: ntchrgBK        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
db           +Veronica Burke,    438 Mountain Ridge Road,    Millbrook, AL 36054-2127
cr          ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:  Americredit Financial Services Inc.,    dba GM Financial,
               P.O. Box 183853,    Arlington, TX  76096)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Carly B Wilkins    cwilkins@cbwlegal.com,    kesco@cbwlegal.com;cwilkins@ecf.epiqsystems.com
              Joshua C. Milam    on behalf of Debtor Veronica  Burke jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
                                                                                             TOTAL: 3